

The following constitutes the order of the court.
Signed July 15, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re
                                                    No. 11-41718
Grace B. Dejesa,
                                                    Chapter 13
             Debtor.
_____

**MEMORANDUM RE: DISGORGEMENT OF FEES**

On May 26, 2016, the Standing Chapter 13 Trustee filed the *Motion to Review Fees of Debra Slone Pursuant to 11 U.S.C. § 329* (doc. 82) (the "Motion"), thereby requesting that the Court order Attorney Debra Slone to disgorge fees for failure to prosecute the case completely due to an outstanding lien strip fee application. On June 28, 2016, Ms. Slone filed the *Application for Compensation* (doc. 84) (the "Application") but did not upload an order with regard to the Application for the Court's review. On July 14, 2016, the Court held a hearing on the Motion. Ms. Slone did not appear. At the hearing, the Court noted that without counsel delivering a form of order on the Application approving the lien strip fee, thereby completing the administration of the bankruptcy case, the Court would grant the Motion.

THE COURT HEREBY gives notice that an Order requiring Attorney Debra Slone to disgorge the $1,500 lien strip fee shall be entered if Ms. Slone does not upload an order with regard to the Application for the Court's review on or before **Thursday, July 28, 2016**.

*END OF MEMORANDUM*

1

**COURT SERVICE LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28